520 A.2d 1373

**COMMONWEALTH of Pennsylvania**

**v.**

**David Paul CASE, Appellant.**

Supreme Court of Pennsylvania.

Submitted May 15, 1986.

Filed Feb. 13, 1987.

---

David B. Keeffe, Sayre, for appellant.
James Carlson, Dist. Atty., for appellee.

### ORDER

PER CURIAM
Order affirmed.

McDERMOTT, J., notes his dissent.